IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DOUGLAS G. HAVENS,

        Plaintiff,

v.

                                  Case No.: 2:12-cv-0637
                                  JUDGE GEORGE C. SMITH
                                  Magistrate Judge Kemp

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

## ORDER

        This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on May 14, 2013.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The Plaintiff's statement of errors is **SUSTAINED** to the extent that this case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

        The Clerk shall remove Document 15 from the Court's pending motions list.

        **IT IS SO ORDERED.**

                                                        */s/ George C. Smith*
                                                        GEORGE C. SMITH, JUDGE
                                                        UNITED STATES DISTRICT COURT