# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DOUGLAS G. HAVENS,**

      Plaintiff,

  v.                              Case No.:  2:12-cv-637
                                  JUDGE GEORGE C. SMITH
                                  Magistrate Judge Kemp

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      Defendant.

## ORDER

      This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on October 16, 2014.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion for Attorney's Fees under the Social Security Act, 42 U.S.C. § 406(b), is granted in substantial part.

      The Clerk shall remove Documents 21 and 24 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                      */s/ George C. Smith*
                                                     **GEORGE C. SMITH, JUDGE**
                                                      **UNITED STATES DISTRICT COURT**